**KLAMATH-SISKIYOU WILDLANDS CENTER; et al., Plaintiffs–Appellants,**

v.

**John GERRITSMA, Field Manager, Ashland Resource Areas, Medford District, acting in his official capacity and Bureau of Land Management, an administrative agency of the U.S. Department of Interior, Defendants-Appellees,**

**Rough & Ready Lumber Company; et al., Intervenor-Defendants-Appellees.**

No. 16-35811

United States Court of Appeals, Ninth Circuit.

Filed February 27, 2017

D.C. No. 1:12-cv-01166-PA, District of Oregon, Medford

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

### ORDER

A review of the record and appellants' response to the motion for summary affirmance indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard). The district court did not err in its decision awarding costs under Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920. *See In re Online DVD-Rental Antitrust Litigation,* 779 F.3d 914, 924-34 (9th Cir. 2015).

Accordingly, the motion for summary affirmance (Docket Entry No. 9) is granted.

**AFFIRMED.**